

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| TRUJILLO ENTERPRISES, LTD, | | |
| | § | No. 08-17-00208-CV |
| Appellant, | | |
| | § | Appeal from |
| v. | | |
| | § | County Court at Law No. 3 |
| SUSAN JEAN DAVIES AND | | |
| RENEE MAZZA, INDEPENDENT | § | of El Paso County, Texas |
| JOINT EXECUTRIXES OF THE | | |
| ESTATES OF WALTER PARKER AND | § | (TC # 2013DCV4039) |
| EVA PARKER, DECEASED. | | |
| | § | |
| Appellees. | | |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellant and its sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 23RD DAY OF JANUARY, 2019.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.